7007 0220 0001 7878 2887

AUG 15 2008

Omar Torres-Bonilla
ID#15557069
FCI Fort Dix
POst Office Box 2000
Fort Dix, N.J. 08640

Clerk of Court
U.S. District Court for the
District of Puerto Rico
Federal Building
150 Carlos Chardon Avenue

Hato Rey, P.R. 00918

